UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **FERRO CORPORATION,** | ) | **CASE NO. 1:07CV1563** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| vs. | ) | |
| | ) | **DEFAULT JUDGMENT** |
| **CRANE PLUMBING LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**CHRISTOPHER A. BOYKO, J**.:

Default having been entered by the Clerk of Courts as to Defendant, Crane Plumbing LLC, on August 1, 2007, in accordance with Rule 55 of the Federal Rules of Civil Procedure, and upon the Motion of Plaintiff, Ferro Corporation, for Default Judgment, supported by affidavit evidence establishing completion of service, the amount due under the Complaint, and that Defendant is not an infant, incompetent nor in the military service, judgment is entered in favor of Plaintiff Ferro Corporation and against Defendant Crane Plumbing LLC, in the amount of $129,175.85 (principal amount of $119,484.62, plus $9,691.23 in interest at the rate of 8.25% for amounts past due over thirty days), statutory interest from the date of judgment, and costs.

**IT IS SO ORDERED.**

**DATE: September 6, 2007**

 s/Christopher A. Boyko
**CHRISTOPHER A. BOYKO**
**United States District Judge**